# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| _____ ) | |
| DRU CHOKER, D.V.M. and ) MATTHEW DEMARCO, D.V.M, ) ) | |
| Plaintiffs-Appellants- ) Cross-Appellees ) ) | No. 22-35650 |
| v. ) ) ) ) ) ) | On appeal from the United States District Court for the Eastern District of Washington (Hon. Stanley A. Bastian) |
| PET EMERGENCY CLINIC, P.S. ) and ) NATIONAL VETERINARY ) ASSOCIATES, INC., ) ) | |
| Defendants-Appellees- ) Cross-Appellants. ) _____ ) | |

**MOTION OF THE UNITED STATES FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS-APPELLANTS**

Pursuant to Federal Rule of Appellate Procedure 29(a)(8), the United States respectfully moves for leave to participate as amicus curiae in the oral argument of this case, scheduled for December 8, 2023. The Court currently has allocated fifteen (15) minutes of argument time to each side. The United States respectfully requests five (5) minutes of time in addition to the time allocated to the parties.

On March 30, 2023, the United States filed an amicus brief in this case supporting Plaintiffs-Appellants. *See* Dkt. 25, Brief For The United States Of America As Amicus Curiae In Support Of Plaintiffs-Appellants. That brief took no position on the merits of Plaintiffs-Appellants' antitrust claim, but urged this Court to correct the district court's categorical and overbroad statements about antitrust injury and standing. The brief explained that the antitrust laws provide broad protections against anticompetitive conduct, including protections to workers who are harmed by the anticompetitive conduct of their employers. In particular, the brief urged this Court to make clear that at least two pathways to employee antitrust standing—employees as nascent competitors and terminated employees as essential participants in their employer's anticompetitive scheme—remain viable in this Circuit.

The United States believes that government participation at oral argument would be helpful to the Court. The United States enforces the federal antitrust laws, both criminally and civilly, and has a significant interest and expertise in

both the substantive and procedural aspects of those laws. The United States has argued as amicus curiae in recent cases in this Court on the issue of antitrust injury. *See PLS.Com, LLC v. Nat'l Ass'n of Realtors*, 32 F.4th 824 (9th Cir. 2022); *Ellis v. Salt River Project Agric. Improvement & Power Dist.*, 24 F.4th 1262 (9th Cir. 2022); *see also SmileDirectClub, LLC v. Tippins*, 31 F.4th 1110 (9th Cir. 2022) (oral argument on concerted action issue).

Counsel for Plaintiffs-Appellants informs the United States that they do not oppose this motion. Counsel for Defendants-Appellees informs the United States that they do not oppose this motion.

The United States thus respectfully requests that it be granted leave to participate at oral argument with an allotment of five (5) minutes of time in addition to the time allocated to the parties.

October 16, 2023

Respectfully submitted,

/s/ Steven J. Mintz

Daniel E. Haar
Steven J. Mintz
*Attorneys*

U.S. Department of Justice
Antitrust Division
950 Pennsylvania Ave., NW
Room 3224
Washington, DC 20530
(202) 353-0256
steven.mintz@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2023, I electronically filed the foregoing Motion of the United States for Leave to Participate in Oral Argument as Amicus Curiae in Support of Plaintiffs-Appellants with the Clerk of the Court of the United States Court of Appeals for the Ninth Circuit by using the CM/ECF System.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Steven J. Mintz

Steven J. Mintz
*Attorney*